Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  18–10779–ABA
Chapter:  7
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Michael A. Gigliotti                      Lauren M Gigliotti
617 Williams Terrace                      617 Williams Terrace
Runnemede, NJ 08078                       Runnemede, NJ 08078

Social Security No.:
xxx–xx–8961                               xxx–xx–8586

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case
as to the:
    Debtor and Joint Debtor was entered on March 28, 2018.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding
fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from
the date of this Order.

Dated: March 28, 2018
JAN: bc

                                                          Jeanne Naughton
                                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-10779-ABA
Michael A. Gigliotti                                                      Chapter 7
Lauren M Gigliotti
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 2          Date Rcvd: Mar 28, 2018
                             Form ID: 148          Total Noticed: 60

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 30, 2018.
```
db/jdb        +Michael A. Gigliotti,    Lauren M Gigliotti,    617 Williams Terrace,    Runnemede, NJ 08078-1249
517277709      Able Medical Transportation,    PO Box 6837,    Bridgewater, NJ 08807-0837
517277710      Apex Asset Management,    2501 Oregon Pike Ste 120,    Lancaster, PA 17601-4890
517277712     +Atlantic Ambulance Corp,    PO Box 949,    Matawan, NJ 07747-0949
517277713     +Atlantic Health System,    Overlook Medical Center,    PO Box 35611,    Newark, NJ 07193-5611
517277714      Atlantic Medical Group,    PO Box 419101,    Boston, MA 02241-9101
517277716     +Blackwood Animal Hospital,    612 N. Black Horse Pike,    Blackwood, NJ 08012-3958
517277717     +Borough of Runnemede,    24 N Black Horse Pike,    Runnemede, NJ 08078-1663
517277725     ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
               (address filed with court: Credit Acceptance Corporation,    25505 W Twelve Mile Rd,
               Southfield, MI 48034)
517277718     +Caine & Weiner,    12005 Ford Road,    Dallas, TX 75234-7262
517277719     +Camden County M.U.A.,    1645 Ferry Avenue,    Camden, NJ 08104-1311
517277720      Carrier Clinic,    PO Box 147,    Belle Mead, NJ 08502-0147
517277721     +Citizens Bank,    1 Citizens Drive,    Riverside, RI 02915-3000
517277726      Drive New Jersey Insurance Company,    PO Box 89490,    Cleveland, OH 44101-6490
517277728     +First Federal Credit Control,    24700 Chagrin Boulevard, Suite 205,    Cleveland, OH 44122-5662
517277730     +Healthcare Employees FCU,    29 Emmons Dr Ste C40,    Princeton, NJ 08540-5971
517277732     +KML Law Group, PC,    216 Haddon Ave Ste 406,    Collingswood, NJ 08108-2812
517277733      Lourdes Health System,    PO Box 822099,    Philadelphia, PA 19182-2099
517277734      Lourdes Imaging Assoc., PA,    PO Box 95000-2840,    Philadelphia, PA 19195-2840
517277735      Mercantile Adjustment Bureau, LLC,    165 Lawrence Bell Drive Suite 100,
               Williamsville, NY 14221-7900
517277736     +Mercury Insurance Group,    PO Box 5600,    Rancho Cucamonga, CA 91729-5600
517277737     +Metro Public Adjustment, Inc.,    3551 Bristol Pike,    Bensalem, PA 19020-4685
517277738     +NCB Management Services, Inc.,    PO Box 1099,    Langhorne, PA 19047-6099
517277739     +Optimum Outcomes, Inc.,    PO Box 58015,    Raleigh, NC 27658-8015
517277902     +Orion,   c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517277741     +Plymouth Rock Assurance,    PO Box 922,    Lincroft, NJ 07738-0922
517277742     +Pulmonary & Sleep Assoc of S Jersey, LLC,    107 Berlin Road,    Cherry Hill, NJ 08034-3526
517277743     +Receivable Management Services,    240 Emery Street,    Bethlehem, PA 18015-1980
517277745      Regional Sewer Service Invoice,    PO Box 1105,    Bellmawr, NJ 08099-5105
517277746      Remex, Inc.,    307 Wall St,    Princeton, NJ 08540-1515
517277747     +Saldutti, LLC,    800 N Kings Hwy Ste 300,    Cherry Hill, NJ 08034-1511
517277749      Somerset Emergency Medical Associates,    PO Box 6222,    Parsippany, NJ 07054-7222
517277750      South Jersey Gas Company,    Customer Care Center,    PO Box 577,    Hammonton, NJ 08037-0577
517277751      South Jersey Radiology Associates,    PO Box 1710,    Voorhees, NJ 08043-7710
517277752     +Southwest Credit Systems,    4210 International Pkwy #1100,    Carrollton, TX 75007-1912
517277753     +Sprains Strains & Fractures LLC,    PO Box168,    Haddonfield, NJ 08033-0278
517277754     +Stuart Lippman & Associates,    5447 E 5th Street, Suite 110,    Tucson, AZ 85711-2345
517277755     +Summit Oaks Hospital, Inc.,    19 Prospect Street,    Summit, NJ 07901-2531
517277756     +Summit Radiological Assoc,    dba Westfield Imaging Center,    PO Box 1259, Dept 105738,
               Oaks, PA 19456-1259
517277757      Sunrise Credit Services,    PO Box 9100,    Farmingdale, NY 11735-9100
517277759      Thomas E. Jackson, MD,    47 Maple Street, Suite 205,    Summit, NJ 07901-2571
517277760     +Trident Asset Management,    PO Box 888424,    Atlanta, GA 30356-0424
517277761     +Trinity Health,    Our Lady of Lourdes,    20555 Victor Parkway,    Livonia, MI 48152-7031
517277764      Virtua Medical Group PA,    PO Box 6028,    Bellmawr, NJ 08099-6028

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            +EDI: QJDMARCHAND.COM Mar 29 2018 02:38:00    Joseph Marchand,    117-119 West Broad St.,
               PO Box 298,    Bridgeton, NJ 08302-0228
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 28 2018 23:12:53    U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 28 2018 23:12:51    United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
517277711      EDI: CINGMIDLAND.COM Mar 29 2018 02:38:00    AT&T Mobility,    15901 E Skelly Drive,
               Tulsa, OK 74116-2809
517277715      EDI: BANKAMER.COM Mar 29 2018 02:38:00    Bank of America Home Loans Servicing, LP,
               ATTN: Customer Service,    PO Box 5170,    Simi Valley, CA 93062-5170
517277722      E-mail/Text: equiles@philapark.org Mar 28 2018 23:13:45    City of Philadelphia,
               Parking Violations Branch,    PO Box 41818,    Philadelphia, PA 19101-1818
517277723     +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Mar 28 2018 23:13:28    Comcast,
               1701 John F. Kennedy Blvd.,    Philadelphia, PA 19103-2899
517277724     +EDI: CONVERGENT.COM Mar 29 2018 02:38:00    Convergent Outsourcing, Inc.,    800 SW 39th St,
               PO Box 9004,    Renton, WA 98057-9004
517277727      E-mail/Text: bknotice@ercbpo.com Mar 28 2018 23:12:57    Enhanced Recovery Co., LLC,
               8014 Bayberry Rd,    Jacksonville, FL 32256-7412
517277729     +E-mail/Text: fggbank@fgny.com Mar 28 2018 23:12:11    Forster, Garbus & Garbus,
               7 Banta Place,    Hackensack, NJ 07601-5604
517277731      EDI: JEFFERSONCAP.COM Mar 29 2018 02:38:00    Jefferson Capital Systems, LLC,    16 McLeland Rd,
               Saint Cloud, MN 56303
```

```
District/off: 0312-1          User: admin              Page 2 of 2         Date Rcvd: Mar 28, 2018
                              Form ID: 148             Total Noticed: 60
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
517277744        E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Mar 28 2018 23:15:53       Regional Acceptance Corp,
                 621 W Newport Pike,    Wilmington, DE 19804-3235
517277748        EDI: DRIV.COM Mar 29 2018 02:38:00       Santander Consumer USA,   8585 N Stemmons Fwy Ste 1100,
                 Dallas, TX 75247-3836
517277758        EDI: AISTMBL.COM Mar 29 2018 02:38:00       T-Mobile Bankruptcy Team,   PO Box 53410,
                 Bellevue, WA 98015-3410
517277762       +EDI: VERIZONEAST.COM Mar 29 2018 02:38:00       Verizon,   500 Technology Dr Ste 550,
                 Weldon Spring, MO 63304-2225
517277763       +EDI: VERIZONWIRE.COM Mar 29 2018 02:38:00       Verizon Wireless,   PO Box 3397,
                 Bloomington, IL 61702-3397
                                                                                          TOTAL: 16
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517277740       ##+Palm Tree Financial, LLC,   1110 E Black Horse Pike,   Hammonton, NJ 08037-2828
                                                                       TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 28, 2018 at the address(es) listed below:
```
              Joseph  Marchand    jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
              Rebecca Ann Solarz    on behalf of Creditor    BANK OF AMERICA, N.A. rsolarz@kmllawgroup.com
              Rex J. Roldan    on behalf of Joint Debtor Lauren M Gigliotti roldanlaw@comcast.net,
              r43760@notify.bestcase.com
              Rex J. Roldan    on behalf of Debtor Michael A. Gigliotti roldanlaw@comcast.net,
              r43760@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 5
```