Form oscmlfee – oscmlfeev27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.:   18−10779−ABA
        Chapter:   7
        Judge:   Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Michael A. Gigliotti | Lauren M Gigliotti |
| 617 Williams Terrace | 617 Williams Terrace |
| Runnemede, NJ 08078 | Runnemede, NJ 08078 |

Social Security No.:
  xxx−xx−8961                               xxx−xx−8586

Employer's Tax I.D. No.:

## ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO MAKE INSTALLMENT PAYMENT(S) OR PAY MISCELLANEOUS FILING FEES

    The Court having noted that:

☑    An order directing the payment of filing fees in installments was entered in the above case, and that the payment due on April 12, 2018 in the amount of $ 83.75 has not been received by the Clerk,

☐    The debtor filed a on that requires the payment of a fee in the amount of $ , and that the fee has not been received by the Clerk,

    It is hereby

    ORDERED that the fee in the amount indicated above must be received by the Clerk on or before 6/28/18 or the case will be dismissed.

    If you object to dismissal you may file a written objection or request for a hearing with the Clerk of the Bankruptcy Court at the address above. The objection or request must be received by the Clerk no later than 6/28/18.

    If you file a written request for a hearing, you or your attorney must appear at a hearing to be held before the Honorable Andrew B. Altenburg Jr. on

Date: July 10, 2018
Time: 10:00 am
Location: Courtroom 4B
Address:   Mitchell H. Cohen Courthouse
             1 John F. Gerry Plaza
             400 Cooper Street
             Camden, NJ 08101−2067

Dated: June 14, 2018
JAN: bc

<u>Andrew B. Altenburg Jr.</u>
United States Bankruptcy Judge